






GOVERNMENT
EXHIBIT
3
04CR291-14

